1 | McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
2 | Anthony N. DeMaria, #177894
  *anthony.demaria@mccormickbarstow.com*
3 | 7647 North Fresno Street
Fresno, California 93720
4 | Telephone:     (559) 433-1300
Facsimile:      (559) 433-2300
5 |
Attorneys for STATE CENTER COMMUNITY
6 | COLLEGE DISTRICT

7

8 |               UNITED STATES DISTRICT COURT

9 |            EASTERN DISTRICT – FRESNO DIVISION

10

11 | ANITA REYES,                          Case No:

12 |              Plaintiff,               **NOTICE OF REMOVAL OF ACTION
                                          AND DEMAND FOR JURY TRIAL**
13 | v.

14 | STATE CENTER COMMUNITY COLLEGE
DISTRICT, MADERA COMMUNITY
15 | COLLEGE CENTER and DOES 1-20,

16 |              Defendants.

17

18 |        PLEASE TAKE NOTICE THAT Defendant, STATE CENTER COMMUNITY COLLEGE

19 | DISTRICT, by and through the undersigned counsel thereby remove this action to Federal Court, for

20 | the Eastern District of California, based upon the fact that a federal claim has been asserted.

21 |        1.       Defendant demand a jury trial.

22 |        2.       Plaintiff has filed an action against defendant asserting four causes of action. The

23 | Second Cause of Action alleges a violation of the Americans with Disabilities Act of 1990 (42 U.S.C.

24 | section 12131, et seq.). As the Court is aware, 42 U.S.C. Section 12131 is a substantive federal statute.

25 |        3.       The underlying Complaint was filed in Fresno County Superior Court, State of

26 | California, which is within the United States District Court, Eastern District of California. The state

27 | court action involves a substantive federal question allegation based upon a specific federal statute.

28 | The complaint was served on October 21, 2019, making this removal timely.

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

1    4.    As the Second Cause of Action in plaintiff's Complaint is a specific substantive federal

2  allegation under federal law, this Court has original jurisdiction of the Second Cause of action for

3  violation of federal law under 28 U.S.C. Section 1331.

4    5.    Plaintiff's Complaint also includes three state court-based causes of action, for a

5  dangerous condition on public property, for violations alleged under the Unruh Civil Rights Act, and

6  violations of the California Disabled Persons Act. These state court Causes of Action are properly

7  subject to removal to the United States District Court, Eastern District of California, as claims within

8  the supplemental jurisdiction of the District Court, given that the Second Cause of Action contains a

9  federal question and substantive federal law claim, under 28 U.S.C. Section 1367. Removal is proper

10  for a federal question under Federal rule of Civil Procedure §§1441 and 1446.

11    6.    Plaintiff's Complaint involves one set of alleged facts: that plaintiff is a disabled person

12  and suffered an injury due to an improper handicap accessible ramp on defendant's school campus. As

13  such, this Court has jurisdiction over all causes of action plaintiff complaint, including those subject to

14  federal question and substantive federal law and those state court claims based on the same facts

15  which are subject to the supplemental jurisdiction of this Court, under 28 U.S.C. Section 1367.

16    7.    The only pleadings in the possession of the defendant is the Summons and Complaint,

17  which are served, filed and attached as Exhibit "A".

18    8.    Pursuant to 28 U.S.C. Section 1446 (d), a true and correct copy of this notice of

19  removal will be filed with the Superior Court of California, Fresno County.

20    DEFENDANT demands a jury trial.

21

22  Dated: November 21, 2019                    McCORMICK, BARSTOW, SHEPPARD,
                                                 WAYTE & CARRUTH LLP
23

24

25    By:_____

26                                              Anthony N. DeMaria
                                          Attorneys for STATE CENTER COMMUNITY
27                                         COLLEGE DISTRICT, MADERA COMMUNITY
                                                  COLLEGE CENTER
28

005339-000014 6449202.1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

2
NOTICE OF REMOVAL OF ACTION AND DEMAND FOR JURY TRIAL

EXHIBIT "A"

RECEIVED

**SUM-100**

| | |
|---|---|
| **SUMMONS**<br>*(CITACION JUDICIAL)* | Vice President<br>Madera & Oakhurst<br>Community College Centers |

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

State Center Community College District; Madera Community College Center; and DOES 1-20

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Anita Reyes

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

E-FILED
10/22/19
Superior Court of California
County of Fresno
By: J. Nelson, Deputy

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is:<br>*(El nombre y dirección de la corte es:)* Fresno Superior Court | **CASE NUMBER:**<br>*(Número del Caso:)*<br>19CECG03826 |
|---|---|

1130 O Street
Fresno, CA 93721-2220

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
The Torkzadeh Law Firm, 3240 El Camino Real, Ste. 260, Irvine, CA 92602; (310) 935-1111

| DATE: 10/22/2019<br>*(Fecha)* | Clerk, by   J. Nelson<br>*(Secretario)* | , Deputy<br>*(Adjunto)* |
|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☒ on behalf of *(specify):* Madera Community College Center

under: ☐ CCP 416.10 (corporation)   ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership)   ☐ CCP 416.90 (authorized person)
☒ other *(specify):* CCP 415.95 Business Form Unknown
4. ☐ by personal delivery on *(date):*

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465<br>www.courtinfo.ca.gov |
|---|---|---|

**THE TORKZADEH LAW FIRM**
Reza Torkzadeh; SBN: 249550
Eugenia L. Steele; SBN: 149207
Tracy R. Horn; SBN: 258170
3240 El Camino Real, Ste. 26
Irvine, California 92602
Phone: 310.935.1111 / Fax: 310.935.0100
E-Mail: Reza@torklaw.com; Eugenia@torklaw.com; Tracy@torklaw.com

Attorneys for Plaintiff,
ANITA REYES

E-FILED
10/21/2019 5:56 PM
Superior Court of California
County of Fresno
By: J. Nelson, Deputy

## SUPERIOR COURT OF THE STATE OF CALIFORNIA
## FOR THE COUNTY OF FRESNO

| | |
|---|---|
| ANITA REYES,<br><br>Plaintiff,<br><br>v.<br><br>STATE CENTER COMMUNITY COLLEGE DISTRICT; MADERA COMMUNITY COLLEGE CENTER; and DOES 1-20, Inclusive,<br><br>Defendants. | CASE NO.: 19CECG03826<br><br>COMPLAINT FOR DAMAGES FOR:<br><br>1. DANGEROUS CONDITION ON PUBLIC PROPERTY (GOV. CODE §835);<br>2. VIOLATION OF AMERICANS WITH DISABILITIES ACT;<br>3. VIOLATION OF UNRUH CIVIL RIGHTS ACT; AND<br>4. VIOLATION OF CALIFORNIA DISABLED PERSONS ACT |

**COMES NOW** Plaintiff, ANITA REYES, by and through her counsel, The Torkzadeh Law Firm, in her claims for damages against Defendants, STATE CENTER COMMUNITY COLLEGE DISTRICT; MADERA COMMUNITY COLLEGE CENTER; and DOES 1-20, Inclusive. Upon information and belief Plaintiff ANITA REYES alleges as follows:

### I. PARTIES

1.    Plaintiff ANITA REYES (hereinafter referred to as "Plaintiff"), at all times

- 1 -

*Reyes vs. State Center*
*Community College District, et al.*

PLAINTIFF'S COMPLAINT FOR DAMAGES

1   mentioned herein is and was a California resident with physical disabilities who requires a

2   wheelchair for mobility.

3           2.      Defendant STATE CENTER COMMUNITY COLLEGE DISTRICT is, or was at

4
    the time of the incident, a government entity with a principle place of business located at 1171

5
    Fulton Street, Fresno, CA 93721.

6

7           3.      Defendant STATE CENTER COMMUNITY COLLEGE DISTRICT is, or was at

8   the time of the incident, the owner, manager, lessor and/or lessee of Madera Community College

9   Center.

10
            4.      Defendant MADERA COMMUNITY COLLEGE CENTER is a governmental

11
    property, open to the public, and located at 30277 Ave 12, Madera, CA 93638 (hereinafter "the

12

13  Subject Property").

14          5.      Jurisdiction is proper in that the principle place of business of a defendant

15
    corporation or unincorporated association is within this Court's jurisdictional area.

16

17          6.      Plaintiff is required to comply with a claims statute and has properly filed an

18  administrative claim which was rejected on August 15, 2019.

19          7.      Plaintiff is ignorant of the true names and capacities of the defendants sued herein

20  as Does 1 through 20 inclusive, and therefore sues these defendants by such fictitious names

21
    under the provisions of California Code of Civil Procedure §474.  Plaintiff will seek leave to

22
    amend this Complaint to allege their true names and capacities when ascertained.  Plaintiff is

23

24  informed and believes and thereon alleges that each of the fictitiously named Defendants is

25  responsible in some manner for the occurrences herein alleged, and that Plaintiff's damages as

26  herein alleged were proximately caused by such occurrences.

27

28                                      - 2 -                        *Reyes vs. State Center*
                                                            *Community College District, et al.*
                          ─────────────────────────────────────────────
                               PLAINTIFF'S COMPLAINT FOR DAMAGES

## II. FACTUAL ALLEGATIONS

8. On or about March 18, 2019, Plaintiff Anita Reyes was an enrolled student participating in classes at the Subject Property.

9. Plaintiff attempted to traverse the handicap accessible ramp at or near her classroom. Due to the dangerous condition of the ramp, Plaintiff's wheelchair overturned and resulted in significant and permanent injuries to Plaintiff.

10. Based on the dangerous condition of the ramp Plaintiff was unable to safely traverse her wheelchair from her classroom to the lower level of the school grounds as required by both the American with Disabilities Act and the California Building Code.

11. The subject property is a facility open to the public, a place of public accommodation, and/or a business establishment.

12. The handicap accessible ramp located at the subject property was in a dangerous condition at the time of the incident. This presented a barrier to persons in wheelchairs such as Plaintiff in violation of the Americans with Disabilities Act Accessibility Guidelines and Title 24 of the California Code of Regulations (aka the "California Building Code").

13. Plaintiff personally encountered these violations, which resulted in difficulty, physical and mental injury and denial of full and equal access to Plaintiff as required by law.

14. As a direct and proximate result of the incident herein described, Plaintiff was injured in her health, strength and activity, sustaining severe and permanent injuries to her body and person, all of which injuries have caused, and continue to cause, Plaintiff great mental, physical, nervous pain and suffering, loss of enjoyment of life, physical restrictions and limitations, anxiety, annoyance, and inconvenience, all to her general damage and detriment as a result of these unlawful conditions, violations of her civil rights, and the lack of safe, convenient,

- 3 -

*Reyes vs. State Center*
*Community College District, et al.*

PLAINTIFF'S COMPLAINT FOR DAMAGES

1    and accessible means of access as required by law.

2        15.    As a further direct and proximate result of the incident herein described, Plaintiff

3    has been required to expend sums of money and incur obligations, and may continue to expend

4
5    money and incur obligations, for medical services, drugs, and sundries reasonably required in the

6    treatment and relief of the injuries herein alleged sustained as a result of this incident.  The

7    medical expenses are not fully known at this time and leave of Court is hereby requested to

8    amend this Complaint to conform to proof at the time of trial.

9        16.    As a further direct and proximate result of the incident herein described caused

10
11   by, Plaintiff has already incurred, and in all likelihood will in the future incur, substantial loss of

12   income, earning capacity, and career opportunities, the value of which are not fully known at this

13   time, and leave of Court is hereby requested to amend this Complaint to conform to proof at the

14   time of trial.

15       17.    The incident herein described, and the resultant general and special damages

16
17   suffered by Plaintiff, were solely, directly, and proximately caused by the foregoing unlawful acts

18   and omissions of Defendant STATE CENTER COMMUNITY COLLEGE DISTRICT;

19   MADERA COMMUNITY COLLEGE CENTER and DOES 1-20, Inclusive.

20
                    III. **FIRST CAUSE OF ACTION: DANGEROUS CONDITION**
21
                        **ON PUBLIC PROPERTY (Gov. Code §835)**
22
23       18.    Plaintiff repleads and incorporates by reference, as if fully set forth again herein,

24   the allegations contained in all prior paragraphs of this complaint.

25       19.    Defendants STATE CENTER COMMUNITY COLLEGE DISTRICT; MADERA

26   COMMUNITY COLLEGE CENTER and DOES 1-20, Inclusive, owned/operated and/or

27   controlled the subject property at the time of the incident complained of herein.

28
                                         - 4 -                *Reyes vs. State Center*
                                                          *Community College District, et al.*
                            PLAINTIFF'S COMPLAINT FOR DAMAGES

20.     The subject property was in a dangerous condition at the time of the incident complained of herein and said condition created a reasonably foreseeable risk of the kind of injuries sustained by Plaintiff.

21.     Defendants STATE CENTER COMMUNITY COLLEGE DISTRICT; MADERA COMMUNITY COLLEGE CENTER and DOES 1-20, Inclusive, had notice of the dangerous condition for a long enough time to have protected against it and this dangerous condition was a substantial factor in causing Plaintiff's harm.

## IV. SECOND CAUSE OF ACTION: VIOLATION OF THE AMERICANS WITH DISABILITIES ACT OF 1990 (42 U.S.C. Section 12131, et seq.)

22.     Plaintiff repleads and incorporates by reference, as if fully set forth again herein, the allegations contained in all prior paragraphs of this complaint.

23.     The Defendants STATE CENTER COMMUNITY COLLEGE DISTRICT; MADERA COMMUNITY COLLEGE CENTER and DOES 1-20, Inclusive, either own, operate, lease or lease to a place of public accommodation. As such, Defendants are required to (1) ensure that all construction, alteration, or modification is barrier free and complies with the American with Disabilities Act Accessibility Guidelines and Title 24 of the California Code of Regulations (aka "California Building Code"); and/or (2) remove all existing barriers where such removal is "readily achievable".

24.     The Defendants have failed to meet these obligations. The existence of such barriers in violation of the Americans with Disabilities Act Accessibility Guidelines and/or the California Building Code, including, but not limited to, the lack of safe and properly maintained means of ingress and egress for disabled persons such as Plaintiff who requires the use of a wheelchair for mobility, has resulted in Defendants' failure to provide full and equal accommodations, advantages, facilities, privileges and/or services to the Plaintiff.

- 5 -

*Reyes vs. State Center*
*Community College District, et al.*

1

2

## V. <u>THIRD CAUSE OF ACTION: VIOLATION OF THE UNRUH</u>

## <u>CIVIL RIGHTS ACT (Cal. Civ. §51-53)</u>

3

4

25.      Plaintiff repleads and incorporates by reference, as if fully set forth again herein,

the allegations contained in all prior paragraphs of this complaint.

5

6

26.      The Defendants STATE CENTER COMMUNITY COLLEGE DISTRICT;

MADERA COMMUNITY COLLEGE CENTER and DOES 1-20, Inclusive, either own,

7

8

operate, lease or lease to a place of public accommodation. As such, Defendants are required to

(1) ensure that all construction, alteration, or modification is barrier free and complies with the

9

10

American with Disabilities Act Accessibility Guidelines and Title 24 of the California Code of

Regulations (aka "California Building Code"); and/or (2) remove all existing barriers where such

11

12

removal is "readily achievable".

13

14

27.      The Defendants have failed to meet these obligations. The existence of such

barriers in violation of the Americans with Disabilities Act Accessibility Guidelines and/or the

15

California Building Code, including, but not limited to, the lack of safe and properly maintained

16

means of ingress and egress for disabled persons such as Plaintiff who requires the use of a

17

wheelchair for mobility, has resulted in Defendants' failure to provide full and equal

18

accommodations, advantages, facilities, privileges and/or services to the Plaintiff.

19

20

28.      This dangerous condition at the subject premises was a substantial factor in

causing Plaintiff's harm and she suffered difficulty, discomfort, and embarrassment as a result

21

thereof.

22

23

## VI. <u>FOURTH CAUSE OF ACTION: VIOLATION OF THE</u>

## <u>CALIFORNIA DISABLED PERSONS ACT (Cal. Civ. §54-55.32)</u>

24

25

29.      Plaintiff repleads and incorporates by reference, as if fully set forth again herein,

the allegations contained in all prior paragraphs of this complaint.

26

30.      The Defendants STATE CENTER COMMUNITY COLLEGE DISTRICT;

27

28

MADERA COMMUNITY COLLEGE CENTER and DOES 1-20, Inclusive, either own,

- 6 -

*Reyes vs. State Center*
*Community College District, et al.*

PLAINTIFF'S COMPLAINT FOR DAMAGES

operate, lease or lease to a place of public accommodation. As such, Defendants are required to (1) ensure that all construction, alteration, or modification is barrier free and complies with the American with Disabilities Act Accessibility Guidelines and Title 24 of the California Code of Regulations (aka "California Building Code"); and/or (2) remove all existing barriers where such removal is "readily achievable".

31.     The Defendants have failed to meet these obligations. The existence of such barriers in violation of the Americans with Disabilities Act Accessibility Guidelines and/or the California Building Code, including, but not limited to, the lack of safe and properly maintained means of ingress and egress for disabled persons such as Plaintiff who requires the use of a wheelchair for mobility, has resulted in Defendants' failure to provide full and equal accommodations, advantages, facilities, privileges and/or services to the Plaintiff.

32.     This dangerous condition at the subject premises resulted in a barrier that was personally encountered by Plaintiff and she suffered difficulty, discomfort, and embarrassment as a result thereof.

## VII. **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff, ANITA REYES, prays for judgment against Defendants, STATE CENTER COMMUNITY COLLEGE DISTRICT; MADERA COMMUNITY COLLEGE CENTER and DOES 1-20, Inclusive, and each of them, on all causes of action as alleged herein as follows:

1.     For all economic damages according to proof;

2.     For all non-economic damages according to proof;

3.     For all past and future medical expenses according to proof;

4.     For all past and future loss of earnings and earning capacity according to proof;

5.     For all physical pain, mental suffering, emotional distress, loss of consortium, and other intangible losses according to proof;

6.     For statutory and "actual" damages, including general and special damages,

- 7 -

*Reyes vs. State Center*
*Community College District, et al.*

PLAINTIFF'S COMPLAINT FOR DAMAGES

1    according to proof, pursuant to California Civil Code §§52 and 54.3, and that these damages be

2    *trebled*;

3         7.        For damages under the Unruh Civil Rights Act and/or the California Disabled

4    Persons Act which provide for actual damages and a statutory minimum of $4,000;

5         8.        For exemplary and punitive damages allowed by law;

6         9.        For attorney's fees, litigation expenses and costs of suit, pursuant to 42 U.S.C.

7    Section 12205; Cal. Civ. Code §§52 and 54.3 and Cal. Civ. Proc. Section 1021.5.

8         10.       For such other and further relief as the Court deems just and proper.

9

10

11   Dated:  October 18, 2019

12

13                                          By:

14                                          REZA TORKZADEH
                                            EUGENIA L. STEELE
15                                          TRACY R. HORN
                                            Attorneys for Plaintiff
16

17

18

19

20

21

22

23

24

25

26

27

28                                    - 8 -                    *Reyes vs. State Center*
                                                        *Community College District, et al.*
     ─────────────────────────────────────────────
                   PLAINTIFF'S COMPLAINT FOR DAMAGES

1

**DEMAND FOR JURY TRIAL**

2

NOTICE IS HEREBY GIVEN that Plaintiff ANITA REYES demands a jury trial in this

3

action.

4

5

Dated:  October 18, 2019

6

7

By:

8

REZA TORKZADEH
EUGENIA L. STEELE

9

TRACY R. HORN
Attorneys for Plaintiff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 9 -

*Reyes vs. State Center*
*Community College District, et al.*

PLAINTIFF'S COMPLAINT FOR DAMAGES

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Fresno, State of California. My business address is 7647 North Fresno Street, Fresno, CA 93720.

On November 21, 2019, I served true copies of the following document(s) described as **NOTICE OF REMOVAL OF ACTION AND DEMAND FOR JURY TRIAL** on the interested parties in this action as follows:

Eugenia L. Steele
Reza Torkzadeh
Tracy R. Horn
The Torkzadeh Law Firm
3240 El Camino Real, Ste. 26
Irvine, CA 92602

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 21, 2019, at Fresno, California.

_____
Teri L. Maxwell

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720