| | |
|---|---|
| 1 | THE TORKZADEH LAW FIRM |
| | Reza Torkzadeh (SBN: 249550) |
| 2 | Eugenia L. Steele (SBN: 149207) |
| | 3240 El Camino Real, Suite 260 |
| 3 | Irvine, California 92602 |
| | Telephone:   (310) 935-1111 |
| 4 | Facsimile:   (310) 935-0100 |

Attorneys for ANITA REYES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ANITA REYES, | Case No. 1:19-CV-01657-AWI-SKO |
| Plaintiff, | (Removal from the Superior Court of California, County of Fresno, Case No: 19CECG03826) |
| v. | |
| STATE CENTER COMMUNITY COLLEGE DISTRICT, MADERA COMMUNITY COLLEGE CENTER; and DOES 1-20, Inclusive, | **STIPULATION TO REMAND CASE TO STATE COURT AND DISMISS MADERA COMMUNITY COLLEGE CENTER WITH PREJUDICE AND [PROPOSED] ORDER THEREON** |
| Defendants. | US Magistrate Judge:   Sheila K. Oberto |
| | Date:   March 3, 2020 |
| | Time:   9:30 a.m. |
| | Crtrm.:   7 |
| | Mandatory Scheduling Conference |

Defendant, STATE CENTER COMMUNITY COLLEGE DISTRICT, and Plaintiff ANITA REYES, by and through their counsel of record hereby stipulate to the following facts:

1. This action was originally filed in state court, the Superior Court of California, County of Fresno, Case No. 19CECG03826 on 10/21/19.

2. Defendant State Center Community College District was served with the summons and complaint on November 1, 2019.

3. On 11/20/2019, Plaintiff filed a Request for Dismissal, dismissing her second cause of action for Violation of the Americans with Disabilities Act of 1990 (42 USC Section 12131), as to all defendants. The dismissal was entered on 11/20/2019. Plaintiff's second cause of action was the only cause of action alleging a federal question.

---

STIPULATION TO REMAND CASE TO STATE COURT AND [PROPOSED] ORDER THEREON

4. Plaintiff's counsel was notified by the court clerk that the dismissal was entered as requested on 11/21/2019, and counsel immediately notified Defense counsel's office at 11:40 a.m. of same. Thereafter, at 3:24 p.m. on 11/21/2019, Defendant State Center Community College District filed a Notice of Removal of Action, pursuant to 28 USC § 1441(b) (Federal Question).

5. Defendant Madera Community College is not a legal entity under the Education Code and Madera Community College is hereby dismissed with prejudice. Plaintiff shall file all further dismissal of Madera Community College as necessary to perfect the dismissal.

6. This case shall be remanded to Fresno County Superior Court, and Madera Community College shall be dismissed with prejudice.

Dated: January 24, 2020                              THE TORKZADEH LAW FIRM

By: /s/ Eugenia L. Steele
Eugenia L. Steele, Esq.
Attorneys for Plaintiff

Dated: January 23, 2020                              McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By: /s/ Anthony N. DeMaria
Anthony N. DeMaria, Esq.
Attorneys for Defendant

**ORDER**

Pursuant to the Stipulation of the parties and good cause appearing, it is hereby ordered that this action is remanded back to the Fresno County Superior Court and all matters currently scheduled in this federal action are taken off calendar. It is further ordered that Madera Community College is dismissed with prejudice.

IT IS SO ORDERED.

Dated: January 28, 2020

_____
SENIOR DISTRICT JUDGE